IN THE MATTER OF THE BROADWAY UNDERGROUND RAILWAY COMPANY.

Motion denied, without prejudice to any further application on sufficient facts.

Opinion PER CURIAM.

IN THE MATTER OF HOPPER S. AND ALEXANDER H. MOTT, TO VACATE AN ASSESSMENT, &c.

Order affirmed, without costs.

Opinions by BARRETT, J.; and by DAVIS, P. J., dissenting.

IN THE MATTER OF THE PETITION OF THE RECTOR, &c., OF THE CHURCH OF THE HOLY SEPULTURE, TO VACATE AN ASSESSMENT, &c.

Order affirmed, with costs.

Opinions by BARRETT, J.; and by DAVIS, P. J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN JOURDAN, *v.* CHARLES DONOHUE, A JUSTICE OF THE SUPREME COURT, &c.

Writ quashed, and prisoner remanded.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THE NATIONAL BANK OF COMMERCE AND OTHERS *v.* THE TAX COMMISSIONERS OF THE CITY OF NEW YORK (AND FIFTY-NINE OTHER CASES).

The costs upon the discontinuance are fixed at $10 in each case, as of costs to defendant for all proceedings before notice of trial, and $5 costs of motion in each case; in all, $15 for costs, and disbursements in each case.

IN THE MATTER OF RAYMOND.

Order affirmed.

Opinion PER CURIAM.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN RYAN, APPELLANT, *v.* STEPHEN B. FRENCH AND OTHERS, COMMISSIONERS OF POLICE OF THE CITY OF NEW YORK.

Re-argument ordered.